UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) |
| NOAH, LLC, | ) Bankruptcy Case No. 10-13030-SBB |
| | ) Chapter 11 |
| Debtor. | ) |

### ENTRY OF APPEARANCE
### AND
### REQUEST TO INTERVENE

COMES NOW Jeffrey M. Witt, Attorney at Law, and enters his appearance on behalf of Allen Richardson, sole beneficiary of the Allen Richardson Dynasty Trust, Jeffrey Stinson, sole beneficiary of the Jeffrey Stinson Dynasty Trust, and Jessica Stinson, sole beneficiary of the Jessica Stinson Dynasty Trust, and

MOVES this Honorable Court for Leave to Intervene and in support thereof states:

1. SRKO, a Family Limited Partnership, is a substantial owner of Noah, LLC, debtor herein;

2. Each of the dynasty trusts of which the individuals identified above are sole beneficiaries own 33% of the equity interest of said debtor;

3. The proposed sale of the property detrimentally affects the interest of said benefiaries;

4. Said beneficiaries request that they be granted leave to enter this cause, by and through said attorney, for the purpose of objecting to said sale, appearing at the hearing with respect to the Report of Sale, and such other matters as may, from time to time, affect the interests of the beneficiaries.

Respectfully submitted,

*[signature]*

Jeffrey M. Witt #56579
4119 Old Hwy 94 S
St. Charles, MO 63304
P: (314) 260-7376
F: (636) 438-1328
E: jeff@jmwitt.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4 day of November, 2011, I electronically filed the foregoing with the Clerk of Court, and served the foregoing on Debtor's counsel at:

APPEL & LUCAS, P.C.
Attn: Shaun A. Christensen
1660 17th Street
Suite 200
Denver, Colorado 80202
christensens@appellucas.com

*[signature]*

Jeffrey M. Witt