## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Case No. 10-13030 SBB |
| | ) | Chapter 11 |
| NOAH, LLC | ) | |
| d/b/a Candlewood Suites | ) | |
| EIN:  84-1591016 | ) | |
| | ) | |
| Debtor. | ) | |

---

## DEBTOR'S OBJECTION TO MOTION TO FILE OBJECTION TO SALE OUT OF TIME INSTANTER

---

Noah, LLC ("NOAH" or "Debtor"), the debtor and debtor-in-possession, by and through their undersigned counsel, and Objects to the Motion to file Objection to Sale out of Time Instanter (the "Motion") filed by Allen Richardson, Jeffrey Stinson and Jessica Stinson (collectively the "Moving Parties").  In support hereof the Debtor states as follows:

### BACKGROUND FACTS

1.      On or about February 18, 2010, NOAH filed its Chapter 11 bankruptcy petition.

2.      The SRKO Family Limited Partnership ("SRKO") filed its Chapter 11 bankruptcy petition on or about February 19, 2010.

3.      Jannie Richardson ("Richardson") filed her Chapter 11 bankruptcy petition on or about March 25, 2010.

4.      The only members of NOAH are SRKO (23%) and Jannie Richardson (77%). The original general partner of SRKO was Duk, LLC.  Richardson was and is the sole member of Duk, LLC.

5.      On or about September 9, 2011, NOAH filed its Motion to Approve Sale Procedures, Notice of Sale and Assignment of Assumed Contracts ("Motion to Sell").  [Docket No. 251].

6.      Pursuant to the 9013-1.1 Notice, any objection to the Motion to Sell was due on or before September 30, 2011.  [Docket No. 252].

7.     The Court set a preliminary hearing regarding the Motion for October 6, 2011. [Docket No. 255].  No party-in-interest filed an objection to the Motion before the September 30, 2011, deadline.

8.      The Court held a hearing on October 6, 2011.  At the hearing, Richardson, Da Nam Ko, and Jessica Stinson appeared in person and requested to be heard concerning the Motion.

9..     At the hearing, Richardson presented the Court and the undersigned with a copy of a letter on the letter head of the "Law Office of Jeffrey M. Witt, LLC" which stated in part: "Please allow this letter to serve as confirmation that this firm will be representing the following: The Allen Richardson Dynasty Trust, the Jessica Stinson Dynasty Trust, and the Jeffrey Stinson Dynasty Trust."  A copy of that letter is attached hereto as **Exhibit A**.

10.     At the hearing, and after listening to Ko, Richardson, and Stinson, the Court admonished them that "[I]f you have a good faith objection, exercise it."  (Transcript, Page 46). The Court, thus, invited any of the three of them to file a meritorious objection, if they had one, on or before the November 1, 2011, deadline, and be heard on the same.

11.     The Court also admonished them, stating:

"And procedures designed to distract or delay are not going to work."
(Transcript, Page 8, lines 24-25).

12.     At the hearing, the Court approved, among other things, the form of Sale Notice and directed the Debtor to serve the Sale Notice and other pleadings on all parties in interest [Docket No. 270].  The Debtor served the Sale Notice and other pleadings approved by the Court, as directed, on October 6, 2011.  The Debtor filed a certificate of service regarding the Sale Notice on October 7, 2011 [Docket No. 266].  Included among the parties served, as reflected on the certificate of service, are: Jannie Richardson, Allen Richardson, Da Nam Ko and Jeffrey M. Witt.

13.     Instead of accepting the Court's invitation to participate within the established objection deadlines and procedures, Jessica Stinson waited a full week after the objection deadline passed to file her motion.  She cannot now claim that she or her counsel were not aware of the deadline set by the Court.

## ARGUMENT

14.     The Moving Parties offer no justification for their failure to comply with the November 1, 2011 deadline for objecting to the Debtor's proposed sale.  Their counsel was served with the Sale Notice which clearly identifies the November 1, 2011 objection deadline. The only argument that the moving parties even attempt to make is that "The Dynasty beneficiaries have not been notified of proceedings herein, have not been represented, and it appears that their equitable interests will be severely impaired by the Sale for the reasons set forth in their Objections which are presented herewith for filing upon granting of leave to file

Objection." *Motion ¶ 2.* This statement is clearly untrue. Mr. Witt was served by the Debtor with the Sale Notice and Allen Richardson was also served individually. Jessica Stinson was present at the October 6, 2011 hearing, and the Court invited here to file a "good faith objection" by the November 1, 2011 deadline. Neither the moving parties nor Mr. Witt have any justification for failing to comply with the November 1, 2011 objection deadline, of which they were given notice.

15.     It is also untrue that the Moving Parties have any "equitable interest" in the Noah bankruptcy estate to be "severely impaired." They are not creditors or equity interest holders of Noah. The trusts of which they are beneficiaries are by all accounts insolvent and are also not creditors or equity interest holders of Noah. The Moving Parties are also not partners of SRKO, nor are they members of Duk, LLC or Moon, LLC. They simply have no cognizable financial interest in the outcome of Noah's sale.

15.     Further, the objection filed by the Moving Parties offers no different argument than the Objection filed by Na Nam Ko, which they simply parrot. Their objection presents no argument or facts that are not already before the Court.

WEREFORE, the Debtor requests that the Motion be denied, and that the Court grant such other and further relief as is just and proper.

Dated this 8th day of November, 2011.


                              /s/ Shaun A. Christensen
                              Shaun A. Christensen, No. 23131
                              Appel & Lucas, P.C.
                              1660 17th St., Ste 200
                              Denver, Colorado 80202
                              (303) 297-9800 phone
                              ChristensenS@appellucas.com

                              Attorneys for Noah, LLC

# LAW OFFICE OF JEFFREY M. WITT, LLC

ATTORNEY AT LAW
FROM THE DESK OF 4119 OLD HIGHWAY 94 SOUTH
JEFFREY M. WITT SAINT CHARLES, MO 63304
jeff@jmwitt.com TELEPHONE: 314-260-7376
FACSIMILE: 636-438-1328
www.jmwitt.com

Da Nam Ko

320 N. 36th Street

Colorado Springs, CO 80904

Re:     The SRKO Family Limited Partnership/Dynasty Trusts

Dear Ms. Ko:

Please allow this letter to serve as confirmation that this firm will be representing the following: The
Allen Richardson Dynasty Trust, The Jessica Stinson Dynasty Trust, and The Jeffrey Stinson Dynasty Trust,
for which you are the Trustee (collectively, the "Trusts"). It is our understanding that the Trusts own the
following: (1) ninety-nine percent (99%) of The SRKO Family Limited Partnership in equal one-third
shares, and (2) twenty-three percent (23%) of Noah, LLC. The Trusts therefore require legal
representation as equity holders in the The SRKO Family Limited Partnership Chapter 11 bankruptcy,
Case No. 10-13186-SBB, and the Noah, LLC Chapter 11 bankruptcy, Case No. 13030-SBB, filed in the
United States Bankruptcy Court, District of Colorado.

We will be providing you with an engagement letter in the very near future which will outline the scope
of our representation in more detail, and will enter the appropriate appearances in the respective
bankruptcy cases. We look forward to representing you and the Trusts in this regard.

Regards,

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 8, 2011, I served by prepaid first class mail a copy of the foregoing objection on ALL creditors, parties in interest, and those entitled to service pursuant to the Local Bankruptcy Rules as follows:

Paul V. Moss
Alan K. Motes
Office of the United State Trustee
999 18th St, Suite 1551
Denver, CO 80202

Craig A. Christensen
John C. Smiley
Harrie F. Lewis
600 17th Street, Ste. 1800-S
Denver, CO 80202

Carl A. Eklund
1225 17th Street, Ste. 2300
Denver, CO 80202

Lieb M. Lerner
Alston & Bird LLP
333 South Hope Street
Sixteenth Floor
Los Angeles, CA 90071

James T. Markus
Jennifer M. Salisbury
1700 Lincoln St. Ste. 400
Denver, CO 80203

Clarissa M. Raney
555 17th Street, Ste. 3200
Denver, CO 80202

Jeffrey A. Wienman
William A. Richey
730 17th Street, Ste. 240
Denver, CO 80202

Darrell G. Waas
1350 Seventeenth Street Suite 450
Denver Colorado 80202

Risa Lynn Wolf-Smith
Holland & Hart LLP
555 17th Street, Ste. 3200
Denver, CO 80202

Patrick D. Vellone
Jordan D. Factor
ALLEN & VELLONE, P.C.
1600 Stout Street, Suite 1100
Denver, CO 80202

Capmark Financial Group
P.O. Box 100116
Pasadena, CA 91189-0003

Holiday Hospitality Franchising, Inc.
c/o Nimesh Patel, Esq.
3 Ravinia Drive, Ste. 100
Atlanta, GA 30346-2121

SRKO Family Limited Partnership
5540 N. Academy Blvd Ste. 100
Colorado Springs, CO 80918-3645

W. Craig Willis, Esq.
Holland & Hart, LLP
90 S Cascade Ave Ste 1000
Colorado Springs, CO 80903-1645

Noah, LLC
6450 N. Academy Blvd.
Colorado Springs, CO 80918-8303

AT&T Corp.
c/o James Grudus, Esq.
One AT&T Way, Room 3A218
Bedminster, NJ 07921-2694

4

El Paso County Public Trustee
Thomas S. Mowle
105 E. Verminjo Ave Ste. 101
Colorado Springs, CO 80903-2005

Hostmark Hospitality Group, Inc.
1111 N. Plaza Dr. Ste. 200
Schaumburg, IL 60173-4996

John Schuette
3423 W. Pikes Peak Ave.
Colorado Springs, CO 80904-1925

Richard Woods
Wood & Ramirez, P.C.
100 E. Saint Vrain St. Ste. 100
Colorado Springs, CO 80903-4941

U.S. Stone Colorado Springs Ventures, LLC
3211 West Sencore Drive
Sioux Falls, SD 57107-0728

Capmark Financial Group
c/o Thomas L. Fairfield
200 Witmer Rd
Horsham, PA 19044-2213

Fia Card Services, NA successor to
Bank of America NA, MBNA America
Bank
1000 Samoset Drive
DE5-023-03-03
Newark, DE 19713-6000

Intercontinental Hotel Group
3 Ravinia Dr. Ste. 100
Atlanta, GA 30346-2121

LNR Partners, Inc.
1601 Washington Ave., Ste. 700
Miami Beach, FL 33139-3165

Sunshine Management
c/o Janie Richardson
5540 N. Academy Blvd Ste. 100
Colorado Springs, CO 80918-3645

C. Randel Lewis
Western Receiver, Trustee &
Consulting Services, LTD.
1600 Wynkoop St., Ste. 200
Denver, CO 80202

Allen Richardson
5540 N. Academy Blvd Ste. 100
Colorado Springs, CO 80918-3645

Philip A. Pearlman
Grimshaw & Harring, P.C.
Wells Fargo Center
1700 Lincoln St, Suite 3800
Denver, CO 80203-4538

Karlin Colorado Springs, LLC
c/o Karlin Real Estate
11755 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025

Seth I. Weissman
Jeffer Mangels Butler & Mitchell LLP
1900 A venue of the Stars, 7th Floor
Los Angeles, California 90067

USA TODAY, INC.
Gannett Satellite Information Network, Inc.
c/o C T CORPORATION SYSTEM
1675 Broadway Ste 1200
Denver, CO 80202

Innflux
David Wieland, CEO
850 W Jackson Blvd, Suite #250
Chicago, IL 60607

West Fire System- Fire Alarm System
Qwest- Telephone&Internet provider
Blue Star Cleaner-Dry Cleaning Service
Direct TV- Cable provider

2

OTIS ELEVATOR COMPANY
c/o  THE CORPORATION COMPANY
1675 Broadway Ste 1200
Denver, CO 80202

FITNESS SYSTEMS, INC
Attn: Jay Huey
1266 E WOODMEN RD
COLORADO SPRINGS, CO 80920


Martin-Ray Laundry Systems, Inc.
c/o  Robert G. Hueston P.C.
950 17th Street, Suite 2400
Denver, CO 80202

Orkin, LLC
c/o  Prentice-Hall Corp System Inc
1560 Broadway Ste 2090
Denver, CO 80202

Waste Management Of Colorado, Inc.
C/O The Corporation Company
1675 Broadway, Suite 1200
Denver, CO 80202

A&L Home Improvement
c/o CHAD W. ANSHUTZ
2726 GUNNISON ST
COLORADO SPRINGS, CO 80909-6155

Dex One Corporation
c/o The Corporation Company
1675 Broadway, Suite 1200
Denver, CO 80202

PacRim Digital Media Group, Inc.
c/o Lloyd Mitchell Jamison
28 Crystal Park Dr.
Redstone, CO 81623

Pinnacol Assurance
7501 East Lowry Boulevard
Denver, CO  80230-7006

Travelers
Legal Department
One Tower Square, 8MS
Hartford, CT 06183

Ecolab Center
370 N. Wabasha Street
St. Paul, Minnesota 55102-2233

American Hotel Register Company
100 South Milwaukee Avenue
Vernon Hills, IL 60061-4305

The Sports Corp
1631 Mesa Ave, Ste. E
Colorado Springs, CO 80906

Green Hotels Association
P. O. Box 420212
Houston, TX 77242-0212

University of Colorado at Colorado Springs
Marketing/Advertisement Dept.
1420 Austin Bluffs Pkwy,
Colorado Springs, CO  80918

Air Force Academy
Marketing/Advertisement Dept.
2304 Cadet Drive Suite 3100
U.S. Air Force Academy, CO 80840-5016

Deli Express- Cupboard supply
16101 west 78th street
Eden prairie, MN 55344

Springwater Landscaping
5540 N. Academy Blvd., Suite #100
Colorado Springs, CO 80918

Chamber of Commerce
6 south Tejon street suite 700
Colorado springs CO 80903

BBB
25 North Wahsatch Ave
Colorado Springs CO 8093

Christian Directory
1045 Garden of the Gods Road
Colorado Springs CO80907

U.S. Stone Colorado Springs Ventures, LLC
c/o National Registered Agents, Inc.
1535 Grant Street, Suite 140
Denver, CO 80203

James T. Markus
Jennifer M. Salisbury
1700 Lincoln Street, Suite 4000
Denver, CO  80203

Nelson & Company, P.C.
c/o Paul S. Nelson
116 S. 8th Street
Colorado Springs, CO  80905-1629

El Paso County Treasurer
Attn:  Sandra J. Damron
P.O. Box 2007
Colorado Springs, CO  80901-2007

Jannie Richardson
5540 N. Academy Blvd., Ste 100
Colorado Springs, CO 80918-3645

JPMCC 2006-LDP7 North Academy LLC
c/o LNR Partners, Inc.
1601 Washington Ave., #700
Miami Beach, FL  33139-3165

Jeffrey M. Witt, Esq.
4119 Old Highway 94 South
Saint Charles, MO 63304

Da Nam Ko
320 N. 36th Street
Colorado Springs, CO 80904

M. Frances Cetrulo
370 17th St. Ste 4800
Denver, CO 80202

Dated: November 8, 2011.

_Shaun A. Christensen_
Shaun A. Christensen, No. 23,131
Appel & Lucas, P.C.
1660 17th Street, Suite 200
Denver, Colorado 80202
(303) 297-9800 phone
ChristensenS@appellucas.com
*Attorneys for the Debtor*