EUNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) |
| NOAH, LLC, | ) Bankruptcy Case No. 10-13030-SBB |
| | ) Chapter 11 |
| Debtor. | ) |

**INTERESTED PARTIES' EXHIBIT AND WITNESS LIST for ALLEN RICHARDSON, JEFFREY STINSON, AND JESSICA STINSON**

Allen Richardson, beneficiary of the Allen Richardson Dynasty Trust, Jeffrey Stinson, beneficiary of the Jeffrey Stinson Dynasty Trust, and Jessica Stinson, beneficiary of the Jessica Stinson Dynasty Trust, (hereinafter referred to as "Dynasty beneficiaries"), interested parties, submit the following Witness and Exhibit List for the Sale Hearing scheduled for Wednesday, November 30, 2011, at 9:00 a.m. in Courtroom C402, Byron G. Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado, before Honorable Sidney B. Brooks:

**LIST OF WITNESSES**

The Dynasty beneficiaries <u>may call</u> the following witnesses at said hearing:

1. Allen Richardson
2. Jeffrey Stinson
3. Jessica Stinson
4. Da Nam Ko
5. Jannie Richardson
6. C. Randel Lewis
7. Any witness called by any other party
8. Any witness necessary for impeachment or rebuttal

## LIST OF EXHIBITS

37. The Allen Richardson Dynasty Trust

38. The Jeffrey Stinson Dynasty Trust

39. The Jessica Stinson Dynasty Trust

40. The SRKO Family Limited Partnership Agreement

41. Certificate of Limited Partnership for The SRKO Family Limited Partnership

Dated this 28th day of November, 2011.

Respectfully submitted,

*/s/ Jeffrey M. Witt*
Jeffrey M. Witt #56579
4119 Old Hwy 94 S
St. Charles, MO 63304
*P:* (314) 260-7376
*F:* (636) 438-1328
*E:* jeff@jmwitt.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of November, 2011, I mailed, by United States Express Mail, postage fully prepaid, the original of the INTERESTED PARTIES' EXHIBIT AND WITNESS LIST for ALAN RICHARDSON, JEFFREY STINSON, AND JESSICA STINSON and electronically mailed and mailed US first class mail, postage prepaid, a true and correct copy of said document as follows:

APPEL & LUCAS, P.C.
Attn: Shaun A. Christensen
1660 17th Street
Suite 200
Denver, Colorado 80202
christensens@appellucas.com

Patrick D. Vellone
Jordan D. Factor
ALLEN & VELLONE, P.C.
1600 Stout Street, Suite 1100
Denver, CO 80202
jfactor@allen-vellone.com

_____
Jeffrey M. Witt